Nos. 160 and 161. AMERICAN SURETY CO. *v.* SANTA BARBARA ET AL. October 10, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. William C. Mathes* for petitioner.

*Mr. Norman A. Bailie* for respondents.